IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                             No. 4:19-cr-514-DPM

DONALD BILL SMITH and
SAMUEL SHERMAN                                                  DEFENDANTS

ORDER

For the reasons stated on the record at the 10 September 2021 *Daubert* hearing, the motion to exclude, *Doc. 124*, is granted. Agent Sedwick may testify about call detail records and historical cell-site analysis; but he may not testify about NELOS data and analysis.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2021